**United States District Court**
**District of Oregon**

**CRIMINAL MINUTES**

| | | |
|---|---|---|
| Case Number: | **CR 04-399- BR** | Dated: **March 4, 2009** |
| Case Name: | **US v. Tucker** | AUSA: |
| Presiding Judge: | **Anna J. Brown** | Courtroom Deputy: **Steven L. Minetto** (Telephone number: 326-8053) |

| DEFENDANT CODES | COUNSEL CODES |
|---|---|
| P . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Present<br>NP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Not Present<br>R . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Released<br>C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Custody | P . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Present<br>NP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Not Present<br>A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Appointed<br>F . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . FPD<br>R . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Retained |
| Thomas Earl Tucker | Stephen Sady |

**RECORD OF ORDER:**

The Court has completed its consideration of Defendant's Motion to Terminate Supervised Release (#58), including a recent submission by USPO Matthew K. Preuitt detailing the circumstances surrounding Defendant's incomplete efforts to obtain his GED, a condition of his supervised release.  Although the Court commends Defendant for his positive performance thus far on supervision, the completion of the GED requirement is necessary before the Court will further conisder any request to terminate supervision early.  The Court, therefore, DENIES Defendant's Motion with leave to renew it when the GED condition is satisfied.

cc:   [ ] Chambers            [ ] Probation Office
      [ ] Counsel of Record   [ ] Pretrial Services Office
      [ ] Jury Clerk          [ ] U.S. Marshal's Office

**CRIMINAL MINUTES**                                      Document Number: _____
   Hon. Anna J. Brown